**STATE OF MICHIGAN**
**IN THE OAKLAND COUNTY CIRCUIT COURT**

| | |
|---|---|
| **MOON OVER WATER, LLC** (Insured: J. Berger), | Case No. 22-195889-NF Hon. Rae Lee Chabot |
| Plaintiff, | |
| -v- | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, | |
| Defendant. | |

_____/

| | |
|---|---|
| SCHEFMAN & ASSOCIATES, P.C. **BRYAN L. SCHEFMAN (P35435)** **KATHLIN SORENSEN (P78969)** *Attorneys for Plaintiff* 40900 Woodward Ave., Suite 111 Bloomfield Hills, MI 48304 (248) 594-2600 bryan@schefmanlaw.com ksorensen@schefmanlaw.com | HEWSON & VAN HELLEMONT, P.C. **ELAINE M. SAWYER (P56494)** **JORDAN A. WIENER (P70956)** *Attorneys for State Farm* 25900 Greenfield Rd., Suite 650 Oak Park, MI 48237 (248) 968-5200 elaine@vanhewpc.com jwiener@vanhewpc.com |

_____/

**NOTICE OF REMOVAL**
**TO THE U.S. DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

**NOW COMES** Defendant State Farm Mutual Automobile Insurance Company, by and through its attorneys, Hewson & Van Hellemont, P.C., and pursuant to 28 USC § 1446(d), hereby submits its Notice of Removal (**Exhibit 1**).

    Respectfully submitted,

    HEWSON & VAN HELLEMONT, P.C.

    */S/ JORDAN A. WIENER*
    _____
    **JORDAN A. WIENER (P70956)**
    *Attorneys for State Farm*
    25900 Greenfield Rd., Suite 650
    Oak Park, MI 48237
Dated: October 4, 2022    (248) 968-5200

**PROOF OF SERVICE**

I, Jordan A. Wiener, certify that I am an attorney employed by the law firm of Hewson & Van Hellemont, P.C., and on October 4, 2022, I served the forgoing document, exhibits thereto, and this proof of service thereof upon all counsel of record via the Court's e-filing system.

Respectfully submitted,

HEWSON & VAN HELLEMONT, P.C.

*/S/ JORDAN A. WIENER*
_____

**JORDAN A. WIENER (P70956)**
*Attorneys for State Farm*
25900 Greenfield Rd., Suite 650
Oak Park, MI 48237
(248) 968-5200

Dated: October 4, 2022

# EXHIBIT 1