UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOON OVER WATER, LLC,

    Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.

_____/

Case No. 2:22-cv-12361
Magistrate Judge Kimberly G. Altman

## **JUDGMENT**

In accordance with the Opinion and Order entered this day, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment, (ECF No. 20), is GRANTED to Moon Over Water on its breach of contract claim based on the Michigan No-Fault Act, and DENIED on its other claims based on independent torts, the UTPA, and the MCPA. State Farm's motion for summary judgment, (ECF No. 21) is DENIED on Moon Over Water's breach of contract claim, and GRANTED as to Moon Over Water's other claims.

Dated: March 27, 2024  
Detroit, Michigan

s/Kimberly G. Altman  
KIMBERLY G. ALTMAN  
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 27, 2024.

                                                 s/Carolyn Ciesla
                                                 CAROLYN CIESLA
                                                 Case Manager